229

DAVID A. WALLACE v. RENEE PIPE WALLACE.

March 5, 1985.

Petition for certification denied.

BACHE, HALSEY, STUART, SHIELDS, INC. v.
MYUNG GOOK JANG.

March 5, 1985.

Petition for certification denied.

W.J. SCHNEIDER v. CITY OF EAST ORANGE AND ATTORNEY
GENERAL OF NEW JERSEY.

March 5, 1985.

Petition for certification granted.   (See 196 *N.J.Super.* 587)